1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11  Mark Peters and Denise Peters,              Case No.: 3:12-cv-05727-TEH

12              Plaintiffs,                      [~~PROPOSED~~] ORDER

13          vs.

14  Rash Curtis & Associates; and DOES 1-
15  10, inclusive,

16              Defendants.

17

18      Based on the Stipulation of counsel, the case is dismissed with prejudice, each
19  party to bear its own attorney fees and costs.

20
21  Date:_____05/08/2013_____

22                                                              Henderson

23

24                                          Judge Thelton E. Henderson

25
26
27
28